**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WILSHIRE BOULEVARD TEMPLE and THE LOUIS D. BRANDEIS CENTER COALITION TO COMBAT ANTI-SEMITISM, INC.,

Plaintiff

v.

TURTLE ISLAND LIBERATION FRONT LA, KOREATOWN 4 PALESTINE, PEOPLE'S CITY COUNCIL – LOS ANGELES, QUYEN BALLAGH, AUDREY ILLEENE CARROLL, RAY WUE CORPUS, JASON REEDY, and JOHN DOES 1-40,

Defendant.

Case No. 2:26-cv-07560-MCS-AJR

[Assigned to the Honorable Mark C. Scarsi – Courtroom 7C]

**ORDER GRANTING JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE (ECF No. 36)**

Complaint Filed: July 10, 2026

**ORDER**

The Court, having considered the Parties' Stipulation to Continue Responsive Pleading Deadline and finding that the Parties have demonstrated good cause for the requested extension, hereby ORDERS as follows:

Defendant Ray Wue Corpus's deadline to file a responsive pleading is extended to September 11, 2026. No further extensions of this deadline will be granted absent an extraordinary showing of good cause presented in a stipulation or request that complies with Section 4 of the Court's Initial Standing Order.

**IT IS SO ORDERED.**

Dated: August 27, 2026

Mark C. Scarsi
United States District Judge