Daniel N. Shallman (Bar No. 180782)
Paulina Rafizadeh (Bar No. 348706)
Mathew A. Sperling (Bar No. 360266)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
dshallman@cov.com; prafizadeh@cov.com
msperling@cov.com

Marci L. Miller (Bar No. 162790)
Richard Rosen (*Pro Hac Vice*)
Jeffrey I. Lang (*Pro Hac Vice*)
Mollie Galchus (*Pro Hac Vice*)
THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW
1776 I Street, NW
Washington, DC 20006
Telephone: + 1 (714) 299-7157
mmiller@brandeiscenter.com; rrosen@brandeiscenter.com;
jlang@brandeiscenter.com; mgalchus@brandeiscenter.com
Attorneys for Plaintiffs

*Attorneys for Plaintiffs*

[Additional counsel cont. on next page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILSHIRE BOULEVARD TEMPLE and THE LOUIS D. BRANDEIS CENTER COALITION TO COMBAT ANTI-SEMITISM, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TURTLE ISLAND LIBERATION FRONT LA, KOREATOWN 4 PALESTINE, PEOPLE'S CITY COUNCIL – LOS ANGELES, QUYEN BALLAGH, AUDREY ILLEENE CARROLL, RAY WUE CORPUS, JASON REEDY, and JOHN DOES 1-40,<br><br>Defendants. | Case No.: 2:26-cv-07560-MCS-AJR<br><br>[Assigned to the Honorable Mark C. Scarsi – Courtroom 7C]<br><br>**JOINT STIPULATION REGARDING PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANTS' RESPONSIVE PLEADING DEADLINES**<br><br>Complaint Filed: July 10, 2026 |

[Counsel cont. from previous page]

Lauren Regan, (OSB 970878) (*Pro Hac Vice*)
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette St. Suite 301 #359
Eugene, OR 97401
Telephone: (541) 687-9180
Email: lregan@cldc.org

Bina Ahmad, Esq. [S.B. #329387]
Sarah Cayer, Esq.
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: bahmad@hadsellstormer.com
scayer@hadsellstormer.com

*Attorneys for Defendant*
*PEOPLE'S CITY COUNCIL*

Jacob "Coby" Loup (Bar No. 331695)
LAW OFFICE OF JACOB LOUP
400 Corporate Pointe, Suite 300
Culver City, CA 90230

*Attorney for Defendant JASON REEDY*

Thomas B. Harvey (Bar No. 287198)
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida De Los Arboles #226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440
tbhlegal@proton.me

Ben Gharagozli (Bar No. 272302)
Law Offices of Ben Gharagozli
7655 Winnetka Avenue, #2010
Winnetka, CA 91306
ben@lobglaw.com

*Attorneys for Defendant QUYEN BALLAGH*

IT IS STIPULATED by Plaintiffs Wilshire Boulevard Temple and the Louis D. Brandeis Center Coalition to Combat Anti-Semitism, Inc. ("Plaintiffs") and Defendants People's City Council, Jason Reedy, Ray Wue Corpus, and Quyen Ballagh ("Defendants") (collectively, "the Parties"), by and through their attorneys of record as follows:

1. WHEREAS, Defendant Jason Reedy was served with the Complaint on July 28, 2026;

2. WHEREAS, Defendant Ray Wue Corpus was served with the Complaint on July 30, 2026;

3. WHEREAS the Plaintiffs and other Defendants have not yet been able to contact an attorney representing Ray Wue Corpus, and Mr. Corpus has therefore not consented to this stipulation.

4. WHEREAS, Defendant People's City Council waived service and accepted service of the Complaint, as memorialized in the Joint Stipulation to Continue Responsive Pleading Deadlines filed on August 14, 2026;

5. WHEREAS, Defendant Quyen Ballagh agreed to waived service on September 9, 2026;

6. WHEREAS, on September 4, 2026, Plaintiffs met and conferred with counsel for Defendants People's City Council and Jason Reedy regarding those Defendants' contemplated motions to dismiss;

7. WHEREAS, Plaintiffs intend to file an amended complaint, to which Defendants consent pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), and the Parties agree that the deadline for Defendants to file responsive pleadings on a coordinated schedule should be adjusted accordingly;

**IT IS SO STIPULATED** among the Parties that, subject to Court approval:

1. Plaintiffs may file an amended complaint on or before September 25, 2026.

2. The Parties seek the Court's leave for Plaintiffs to file an amended complaint, to the extent such leave is necessitated by the inability to contact counsel for

Ray Wue Corpus.

3. The deadline for Defendants People's City Council, Jason Reedy, Ray Wue Corpus, and Quyen Ballagh to file a responsive pleading to Plaintiffs' amended complaint is continued to sixty (60) days after service of Plaintiffs' amended complaint.

So Stipulated:

Dated: September 9, 2026

Respectfully Submitted,

COVINGTON & BURLING LLP

By: /s/ - *Daniel N. Shallman*
Daniel N. Shallman
Paulina Rafizadeh
Mathew A. Sperling
Attorneys for Plaintiffs

Dated: September 9, 2026

CIVIL LIBERTIES DEFENSE CENTER

By: /s/ - *Lauren Regan*
Lauren Regan
Attorneys for Defendant People's City Council

Dated: September 9, 2026

LAW OFFICE OF JACOB LOUP

By: /s/ - *Jacob "Coby" Loup*
Jacob "Coby" Loup
Attorney for Defendant Jason Reedy

Dated: September 9, 2026

LAW OFFICES OF BEN GHARAGOZLI

By: /s/ - *Ben Gharagozli*
Ben Gharagozli
Attorney for Defendant Quyen Ballagh

**Local Rule 5-4.3.4 Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: September 9, 2026

COVINGTON & BURLING LLP

By: */s/ Daniel N. Shallman*
Daniel N. Shallman