**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILSHIRE BOULEVARD TEMPLE et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TURTLE ISLAND LIBERATION FRONT LA et al.,<br><br>Defendants. | No. 2:26-cv-07560-MCS-AJR<br><br>Hon. Mark C. Scarsi<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JASON REEDY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing date and time:<br>Monday, January 25, 2027, 9:00 a.m. |

Defendant Jason Reedy's Motion to Dismiss Plaintiffs' First Amended Complaint in this action came on for hearing before this Court on January 25, 2027. After considering the moving and opposing papers and all other matters of which the Court may take judicial notice, arguments of counsel, and all other matters presented to the Court, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** Defendant Jason Reedy's Motion to Dismiss the First Amended Complaint is **GRANTED**, and Plaintiffs' claims in their First Amended Complaint, ECF 51, are dismissed with prejudice as to Defendant Jason Reedy.

**IT IS SO ORDERED.**

DATED: ______________________ ______________________________

Honorable Mark C. Scarsi
United States District Judge