FILED
CLERK, U.S. DISTRICT COURT
OCT - 8 2026
CENTRAL DISTRICT OF CALIFORNIA
BY cng DEPUTY

10/04/26

Dear Judge Scarsi,

My name is Audrey Illeene Carroll. I am a defendant on civil case number 2:26-cv-07560-MCS-AJR. I am writing on behalf of myself and on behalf of defendent Turtle Island Liberation Front, who I was also served papers for.

I am currently incarcerated at the Santa Ana Federal holding facility in Santa Ana, California on an unrelated case which is not set to go to trial until May of 2027. I was served papers for myself and as a member of Turtle Island Liberation Front while in custody.

Due to my current incarceration I am unable to appear in court for civil case 2:26-cv-07560-MCS-AJR for myself or for Turtle Island Liberation Front.

To my understanding I will not be able to go to court for this civil case until my pre-existing case has concluded all proceedings.

Additionally, due to my current incarceration I have been unable to attain legal counsel for this civil case, despite efforts to seek out an attorney. I do not have access to the internet or to other outside information and do not have any form of income, so am entirely relient on the assistance of friends and family. Though my friends and family have attempted to help me find legal resources since I first became aware of the civil case, and though I have additionally asked for help locating resources through my therapist, class teachers at the Santa Ana Jail, and others, my efforts as of the current date have been unsuccesful.

Due to my inability to acquire an attorney in a timely manner I had to file a general denial on my own, in pro per, on behalf of myself and on behalf of Turtle Island Liberation Front. I am

not representing myself in pro per by choice and am unsure of if i've filed the general denials in the correct manner, though I have tried my best with the information available to me at this time.

I fully intend to appear in court with legal representation for myself and for Turtle Island Liberation Front to defend myself and TILF against the allegations laid forth by the plaintiffs as soon as my pre-existing case has concluded and I am able to do so. At the current time I would like to make sure that the court is aware that I am unable to appear and do not have legal representation.

Thank you for your time, best regards,

Audrey Illeene Carroll

Audrey Illeene Carroll

Carroll, Audrey, DH2
2500003486
c/o Santa Ana Jail
P.O. Box 22003
Santa Ana, CA 91702

SUB

RETURN
SERVICE
REQUESTED

quadient 5-63001
FIRST-CLASS MAIL
IMI
$000.78
10/06/2026 ZIP 92701
043M32206336
US POSTAGE

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 8 2026
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Judge Mark C. Scarsi
350 W 1st street
Unit 4311
Los Angeles, CA 90012

Santa Ana Jail Correspondence

LEGAL MAIL

9001234565 C058