Thomas B. Harvey (SBN 287198)
tbhlegal@proton.me
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440

Ben Gharagozli (SBN 272302)
ben@lobglaw.com
LAW OFFICES OF BEN GHARAGOZLI
7655 Winnetka Avenue, #2010
Winnetka, CA 91306
Telephone: (310) 272-9211
Facsimile: (855) 628-5517

Attorneys for Defendant Quyen Ballagh

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILSHIRE BOULEVARD TEMPLE, et al.,<br>*Plaintiffs,*<br><br>v.<br><br>TURTLE ISLAND LIBERATION FRONT LA, et al.,<br><br>*Defendants.* | Case No. 2:26-cv-07560-MCS-AJR<br>Hon. Mark C. Scarsi<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT QUYEN BALLAGH'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND TO SET BRIEFING SCHEDULE; DECLARATION OF BEN GHARAGOZLI**<br><br>Complaint Filed: July 10, 2026<br>FAC Filed: September 25, 2026<br>Courtroom: 7C |

Plaintiffs Wilshire Boulevard Temple and The Louis D. Brandeis Center Coalition to Combat Anti-Semitism, Inc. ("Plaintiffs") and Defendant Quyen Ballagh ("Ms. Ballagh") (together, the "Stipulating Parties"), through their counsel of record,

stipulate as follows and respectfully ask the Court to enter the accompanying proposed order. As Section 4 of the Court's Initial Standing Order (ECF No. 14) requires, this stipulation is supported by the Declaration of Ben Gharagozli, filed with it ("Gharagozli Decl.").

## RECITALS

1. Plaintiffs sent Ms. Ballagh a request to waive service on September 9, 2026, and her counsel executed the waiver. (ECF No. 46.)

2. Plaintiffs filed their First Amended Complaint ("FAC") on September 25, 2026. (ECF No. 51.) Under Rule 15(a)(3), Ms. Ballagh's deadline to respond to the FAC is November 9, 2026.

3. Ms. Ballagh intends to respond to the FAC with a motion to dismiss under Rule 12(b)(6) and a special motion to strike under California Code of Civil Procedure § 425.16. Counsel for the Stipulating Parties conferred about both motions under Local Rule 7-3 by video conference on October 30, 2026.

4. Defendants People's City Council – Los Angeles and Jason Reedy have filed motions to dismiss and special motions to strike that are set for hearing on January 25, 2027 (ECF Nos. 59, 61, 65, 66), and Plaintiffs have filed papers opposing those motions (ECF Nos. 76–82). Ms. Ballagh's motions will address overlapping claims and issues, and the additional time will allow her to join the co-defendants' arguments where appropriate rather than brief them independently. (Gharagozli Decl. ¶ 4.)

5. Ms. Ballagh has made one prior request concerning this deadline. She joined the Joint Stipulation Regarding Plaintiffs' Amended Complaint and Defendants' Responsive Pleading Deadlines (ECF No. 44), which asked the Court to set Defendants' deadline to respond to the amended complaint at 60 days after its service. The Court denied that stipulation. (ECF No. 45.) No other request has been made to extend any deadline applicable to Ms. Ballagh. (Gharagozli Decl. ¶ 6.)

6. For the reasons set out in the Gharagozli Declaration, good cause exists to extend Ms. Ballagh's deadline by two weeks, to November 23, 2026. (Gharagozli Decl. ¶¶ 4–5.) Ms. Ballagh's counsel requested the extension during the parties' October 30, 2026 conference, ten days before her deadline. (*Id.* ¶ 5.) On November 3, 2026, Plaintiffs agreed to the extension on the condition that their deadline to oppose Ms. Ballagh's motions be extended by a corresponding period, and counsel for Defendants People's City Council – Los Angeles and Jason Reedy stated that those Defendants do not oppose it. (*Id.* ¶ 5 & Ex. A.)

7. Under Section 9(b) of the Initial Standing Order, motions filed on November 23, 2026, and set for hearing on January 25, 2027, would be briefed with oppositions due 14 days after filing and replies due 21 days after filing. The Stipulating Parties ask the Court to modify those deadlines as set out below. The proposed schedule would allow Ms. Ballagh's motions to be heard on the same date as the co-defendants' pending motions, would leave three weeks between the final reply and the hearing, and would not affect any other date in this case.

## STIPULATION

Subject to the Court's approval, the Stipulating Parties stipulate as follows:

1. Ms. Ballagh's deadline to answer or otherwise respond to the FAC is extended from November 9, 2026, to November 23, 2026.

2. Ms. Ballagh will notice any motion to dismiss and any special motion to strike for hearing on January 25, 2027, at 9:00 a.m., or on another date the Court sets.

3. Plaintiffs shall file any oppositions to those motions on or before December 28, 2026.

4. Ms. Ballagh shall file any replies on or before January 4, 2027.

5. This stipulation does not waive any party's claims, defenses, objections, or arguments, including any defense under Rule 12(b).

6. The Stipulating Parties understand that this stipulation becomes effective only if and when the Court approves it. (Initial Standing Order § 4.)

IT IS SO STIPULATED.

Dated: November 4, 2026

COVINGTON & BURLING LLP

By: /s/ Daniel Shallman
Daniel N. Shallman
Paulina Rafizadeh
Mathew A. Sperling

THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW
Marci L. Miller
Richard Rosen (pro hac vice)
Jeffrey I. Lang (pro hac vice)
Mollie Galchus (pro hac vice)

Attorneys for Plaintiffs Wilshire Boulevard Temple and The Louis D. Brandeis Center Coalition to Combat Anti-Semitism, Inc.

Dated: November 4, 2026

LAW OFFICES OF THOMAS B. HARVEY

By: /s/ Thomas B. Harvey
Thomas B. Harvey

LAW OFFICES OF BEN GHARAGOZLI

By: /s/ Ben Gharagozli
Ben Gharagozli

Attorneys for Defendant Quyen Ballagh

## ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)

I, Thomas Harvey, am the ECF user whose identification and password are being used to file this stipulation. Under Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 4, 2026

/s/ Thomas B. Harvey
Thomas B. Harvey

## DECLARATION OF BEN GHARAGOZLI

I, Ben Gharagozli, declare as follows:

1. I am an attorney licensed to practice in California and admitted to practice before this Court. With Thomas B. Harvey, I am counsel of record for Defendant Quyen Ballagh. I have personal knowledge of the facts in this declaration and, if called as a witness, could and would testify competently to them. I submit this declaration under Section 4 of the Court's Initial Standing Order (ECF No. 14) in support of the Joint Stipulation to Extend Defendant Quyen Ballagh's Deadline to Respond to First Amended Complaint and to Set Briefing Schedule.

2. **Current deadline.** Plaintiffs sent Ms. Ballagh a request to waive service on September 9, 2026, and I executed the waiver on her behalf. (ECF No. 46.) Plaintiffs filed the First Amended Complaint ("FAC") on September 25, 2026 (ECF No. 51), and under Federal Rule of Civil Procedure 15(a)(3) her deadline to respond to the FAC remains November 9, 2026.

3. **The motions.** Ms. Ballagh intends to respond to the FAC with (a) a motion to dismiss per Rule 12(b)(6) and (b) a special motion to strike the state-law claims against her per California Code of Civil Procedure § 425.16. Counsel for Ms. Ballagh and for Plaintiffs conferred about both motions under Local Rule 7-3 by video conference on October 30, 2026.

4. **Good cause: Plaintiffs' recent oppositions to the co-defendants' motions.** Defendants People's City Council – Los Angeles and Jason Reedy have

filed motions to dismiss and special motions to strike that are set for hearing on January 25, 2027. (ECF Nos. 59, 61, 65, 66.) Plaintiffs filed their papers opposing those motions between October 30 and November 2, 2026. (ECF Nos. 76–82.) The additional time will allow Ms. Ballagh to evaluate which arguments she wishes to simply join rather than brief independently. This will significantly reduce the amount of briefing that would be required and will promote coordination among the defendants and judicial economy.

5. **Why the extension is essential and why it is requested now.** Without the extension, Ms. Ballagh would have to file her motions on November 9, 2026. I am going to be leaving on a pre-planned, pre-paid family vacation on Saturday, November 7, 2026 in the morning and will be unable to participate in finalizing the briefings between then and the Monday, November 9, 2026 deadline. I requested that we stipulate to the extension during the October 30, 2026 meet and confer meeting with Plaintiffs' counsel and Plaintiffs' counsel responded that they would get back to us. Attached as **Exhibit A** is a true and accurate copy of the subsequent email chain with Plaintiffs' counsel, in which Plaintiffs' counsel agreed to the requested extension on November 3, 2026, and other defense counsel do not oppose it.

6. **Prior requests.** On September 9, 2026, Ms. Ballagh joined a stipulation with Plaintiffs and other Defendants that asked the Court to set Defendants' deadline to respond to the anticipated amended complaint at 60 days after its service. (ECF

No. 44.) The Court denied that stipulation on September 11, 2026. (ECF No. 45.) No other request has been made to extend any deadline applicable to Ms. Ballagh.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 4, 2026, at Winnetka, California.

/s/ Ben Gharagozli
Ben Gharagozli

# EXHIBIT A

Gmail **Ben Gharagozli <ben@lobglaw.com>**

## Wilshire Boulevard Temple v. TILF

**Sperling, Mathew** <MSperling@cov.com> Tue, Nov 3, 2026 at 4:08 PM
To: Ben Gharagozli <ben@lobglaw.com>, TBHlegal <tbhlegal@proton.me>
Cc: Lauren <lregan@cldc.org>, "Jacob \"Coby\" Loup" <jl@louplaw.com>, Jonathan Wallace <jonathan.wallace80@gmail.com>, Bina Ahmad <bahmad@hadsellstormer.com>, "Shallman, Daniel" <dshallman@cov.com>, "Rafizadeh, Paulina" <PRafizadeh@cov.com>

Counsel,

Plaintiffs agree to a two-week extension of Ms. Ballagh's deadline to file her anticipated motion to dismiss and anti-SLAPP motion, provided that Plaintiffs receive a corresponding two-week extension of their deadline to file oppositions.

The deadlines would therefore be as follows:

- Ms. Ballagh's motions due: **Monday, November 23, 2026**
- Plaintiffs' oppositions due: **Monday, December 28, 2026**
- Ms. Ballagh's replies due: **Monday, January 4, 2027**

If this is acceptable to you, please send a draft stipulation for our consent.

Best,

Mathew

**Mathew Sperling**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4780 | msperling@cov.com
www.cov.com

COVINGTON

---

**From:** Ben Gharagozli <ben@lobglaw.com>
**Sent:** Tuesday, November 3, 2026 2:40 PM
**To:** Jacob "Coby" Loup <jl@louplaw.com>
**Cc:** Lauren <lregan@cldc.org>; Sperling, Mathew <MSperling@cov.com>; Jonathan Wallace <jonathan.wallace80@gmail.com>; TBHlegal <tbhlegal@proton.me>; Bina Ahmad <bahmad@hadsellstormer.com>; Shallman, Daniel <dshallman@cov.com>; Rafizadeh, Paulina <PRafizadeh@cov.com>
**Subject:** Re: Wilshire Boulevard Temple v. TILF

**[EXTERNAL]**

Thanks.

We hope to hear from Plaintiffs' counsel soon as our deadline is fast approaching.

Sincerely,

Ben Gharagozli, Attorney

Law Offices of Ben Gharagozli

7655 Winnetka Avenue, #2010

Winnetka, CA 91306

*The information contained in this communication, including any attachment, contains information that may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies.*

On Tue, Nov 3, 2026, 2:37 PM Jacob "Coby" Loup <jl@louplaw.com> wrote:

> To the extent Mr. Reedy's position on this matters, he does not oppose, either.
>
> Coby
>
> ---
> Jacob "Coby" Loup
> Law Office of Jacob Loup
> 400 Corporate Pointe Ste 300
> Culver City CA 90230
> (347) 391-5009
>
> louplaw.com
>
> On Tue, Nov 3, 2026 at 2:30 PM Lauren <lregan@cldc.org> wrote:
>
> > PCC does not oppose
> >
> > The Civil Liberties Defense Center
> > Lauren C. Regan, Attorney at Law (she/her)
> > Director of Litigation & Advocacy
> > 1711 Willamette St., Suite 301 #359
> > Eugene, Oregon 97401
> > Unceded Kalapuya land
> > Office: 541.687.9180
> > Email: lregan@cldc.org
> > CLDC.ORG

On Nov 3, 2026, at 1:20 PM, Ben Gharagozli <ben@lobglaw.com> wrote:

Counsel,

Checking in on this.

Sincerely,

Ben Gharagozli, Attorney

Law Offices of Ben Gharagozli

7655 Winnetka Avenue, #2010

Winnetka, CA 91306

*The information contained in this communication, including any attachment, contains information that may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies.*

On Mon, Nov 2, 2026, 5:27 PM Ben Gharagozli <ben@lobglaw.com> wrote:

> Counsel,
>
> We hope your week is off to a good start.
>
> Can we request an update on our request for an extension to respond for Ms. Ballagh?
>
> On Fri, Oct 30, 2026 at 11:56 PM Sperling, Mathew <MSperling@cov.com> wrote:
>
>> Counsel,
>>
>> Due to an ongoing ECF outage, Plaintiffs were unable to file the attached opposition brief this evening. We are providing it here, as a courtesy, and will file electronically as soon as it is possible to do so.
>>
>> Best,
>>
>> Mathew

**Mathew Sperling**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4780 | msperling@cov.com
www.cov.com

<image001.png>

--

Sincerely,

Ben Gharagozli, Attorney

Law Offices of Ben Gharagozli

7655 Winnetka Avenue, #2010

Winnetka, CA 91306

*The information contained in this communication, including any attachment, contains information that may be confidential or privileged, and is intended solely for the entity or individual to whom it is addressed. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies.*