**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WILSHIRE BOULEVARD TEMPLE, et al.,
*Plaintiffs,*

v.

TURTLE ISLAND LIBERATION FRONT LA, et al.,

*Defendants.*

Case No. 2:26-cv-07560-MCS-AJR

Hon. Mark C. Scarsi

**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT QUYEN BALLAGH'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND TO SET BRIEFING SCHEDULE (ECF No. 85)**

Complaint Filed: July 10, 2026
FAC Filed: September 25, 2026
Courtroom: 7C

The Court has considered the Joint Stipulation to Extend Defendant Quyen Ballagh's Deadline to Respond to First Amended Complaint and to Set Briefing Schedule, filed by Plaintiffs Wilshire Boulevard Temple and The Louis D. Brandeis Center Coalition to Combat Anti-Semitism, Inc. and Defendant Quyen Ballagh, and the supporting Declaration of Ben Gharagozli and Exhibit A. Good cause appearing, the Court GRANTS the stipulation and ORDERS as follows:

1. Defendant Quyen Ballagh shall answer or otherwise respond to the First Amended Complaint (ECF No. 51) on or before November 23, 2026.

2. Any motion to dismiss and any special motion to strike filed by Ms. Ballagh shall be noticed for hearing on January 25, 2027, at 9:00 a.m.

3. Plaintiffs shall file any oppositions to those motions on or before December 28, 2026.

4. Ms. Ballagh shall file any replies on or before January 4, 2027.

IT IS SO ORDERED.

Dated: November 5, 2026

Mark C. Scarsi
United States District Judge