Jacob Loup (Cal. Bar No. 331695)
jl@louplaw.com
Law Office of Jacob Loup
400 Corporate Pointe Ste 300
Culver City CA 90230
347-391-5009

Akeeb Dami Animashaun
dami@animashaun.me
(Cal Bar. No. 339294)
355 S. Grand Ave., Suite 2450
Los Angeles, California 90071
929-266-3971

*Attorneys for Defendant Jason Reedy*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WILSHIRE BOULEVARD TEMPLE et al.,

Plaintiffs,

v.

TURTLE ISLAND LIBERATION FRONT LA et al.,

Defendants.

No. 2:26-cv-07560-MCS-AJR

Hon. Mark C. Scarsi

**DECLARATION OF JACOB LOUP REGARDING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE**

Pursuant to 28 U.S.C. § 1746, I, Jacob Loup, hereby declare and state under penalty of perjury as follows:

1. Along with co-counsel Akeeb Dami Animashaun, I represent Defendant Jason Reedy in the above-captioned matter. In accordance with Section 15 of this Court's Standing Order for Civil Cases, I submit this declaration to disclose my use of generative artificial intelligence ("Generative AI") in connection with Mr. Reedy's Reply Memorandum in Support of Special Motion to Strike Under Cal. Civ. Proc. Code § 425.16 ("Reply Memorandum").

2. While conducting legal research in connection with the Reply Memorandum, I used both Westlaw's "AI Deep Research" feature and Claude to search for relevant authorities. To the extent that any authorities I discovered using these products are cited in the Reply Memorandum, I directly accessed and reviewed those authorities using Westlaw or in the *United States Reports* before citing them.

3. I did not use Generative AI for anything else.

4. I certify that, in the exercise of my independent legal judgment, I have reviewed and verified the content of the Reply Memorandum as accurate and in compliance with Federal Rule of Civil Procedure 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2026.

*/s/ Jacob Loup*
Jacob Loup