Lauren Regan, Esq., Oregon S.B. #970878,
admitted pro hac vice
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette St., Ste 301 #359
Eugene, OR 97401-4593
Telephone: (541) 687-9180
Emails: lregan@cldc.org

Dan Stormer, Esq. [S.B. #101967]
Bina Ahmad, Esq. [S.B. #329387]
Sarah Cayer, Esq. [S.B. # 334166]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
bahmad@hadsellstormer.com
scayer@hadsellstormer.com

Attorneys for Defendants
PEOPLE'S CITY COUNCIL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WILSHIRE BOULEVARD TEMPLE and THE LOUIS D. BRANDEIS CENTER COALITION TO COMBAT ANTI-SEMITISM, INC.

Plaintiffs,

TURTLE ISLAND LIBERATION FRONT LA, KOREATOWN 4 PALESTINE, PEOPLE'S CITY COUNCIL – LOS ANGELES, QUYEN BALLAGH, AUDREY ILLEENE CARROLL, RAY WUE CORPUS, JASON REEDY, and JOHN DOES 1-40,

Defendants.

Case No.: 2:26-cv-07560-MCS-AJR
[Assigned to the Honorable Mark C. Scarsi – Courtroom 7C]

DECLARATION OF LAUREN REGAN REGARDING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE

Pursuant to 28 U.S.C. § 1746, I, Lauren Regan, hereby declare and state under penalty of perjury as follows:

1. Along with co-counsel Dan Stormer, Bina Ahmad, and Sarah Cayer, I represent Defendant People's City Council (PCC) in the above-captioned matter. In accordance with Section 15 of this Court's Standing Order for Civil Cases, I submit this declaration regarding use of generative artificial intelligence ("Generative AI") in connection with PCC's Reply Memorandum in Support of PCC's Motion to Dismiss.

2. Neither I nor staff assisting me with that Memorandum used Generative AI for any purpose.

3. I certify that, in the exercise of my independent legal judgment, I have reviewed and verified the content of the Reply Memorandum as accurate and in compliance with Federal Rule of Civil Procedure 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2026.

/s/ Lauren Regan

Lauren Regan