Daniel N. Shallman (Bar No. 180782)
Paulina Rafizadeh (Bar No. 348706)
Mathew A. Sperling (Bar No. 360266)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
dshallman@cov.com; prafizadeh@cov.com
msperling@cov.com

Marci L. Miller (Bar No. 162790)
Richard Rosen (*Pro Hac Vice*)
Jeffrey I. Lang (*Pro Hac Vice*)
Mollie Galchus (*Pro Hac Vice*)
THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW
1776 I Street, NW
Washington, DC 20006
Telephone: + 1 (714) 299-7157
mmiller@brandeiscenter.com; rrosen@brandeiscenter.com;
jlang@brandeiscenter.com; mgalchus@brandeiscenter.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WILSHIRE BOULEVARD TEMPLE, et al.,

Plaintiffs

v.

TURTLE ISLAND LIBERATION FRONT LA, et al.,

Defendants.

Case No. 2:26-cv-07560-MCS-AJR

Assigned to the Honorable Mark C. Scarsi – Courtroom 7C

**PLAINTIFFS' MOTION TO STRIKE OR FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT PEOPLE'S CITY COUNCIL'S REPLY IN SUPPORT OF ITS MOTION TO DISMSS PLAINTIFFS' FIRST AMENDED COMPLAINT**

[Filed concurrently with Proposed Sur-Reply and [Proposed] Order]

Hearing: January 25, 2027

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 7-10 and Section 9(d) of this Court's Initial Standing Order for Civil Cases (ECF 14), Plaintiffs Wilshire Boulevard Temple and The Louis D. Brandeis Center Coalition to Combat Anti-Semitism, Inc. (together, "Plaintiffs") respectfully move to strike Section IV of People's City Council's ("PCC") reply brief in support of its Motion to Dismiss Plaintiffs' First Amended Complaint, ECF 90, or alternatively move for leave to file the attached proposed sur-reply responding to Section IV. Counsel for PCC has not responded to Plaintiffs' email inquiry of November 17, 2026 regarding whether PCC opposes this Motion. Plaintiffs also attempted to reach counsel by telephone on November 18, 2026, but received no response. This Motion is based on the pleadings and records on file in this action, and such further argument as the Court may consider.

Section IV of PCC's reply brief includes the newfound argument that all the allegations in the First Amended Complaint that rely on PCC liking and re-posting Koreatown 4 Palestine's social media post should be ignored as a matter of law under Section 230 of the Communications Decency Act. ECF at 3. This argument was *not* made in PCC's opening brief, ECF 65, nor in any of the briefs from the other defendants.

"[T]his Court rarely, if ever, considers arguments raised for the first time in reply." *Malko v. GNC Holdings, LLC*, 2026 WL 2218133, at *1 (C.D. Cal. July 29, 2026) (Scarsi, J.) (citing *Nationstar Mortg., LLC v. Williams*, 2022 WL 17222268, at *2 n.1 (C.D. Cal. Sept. 21, 2022) (Scarsi, J.); *Gile v. Dolgen Cal., LLC*, 2022 WL 649279, at *2 n.1 (C.D. Cal. Jan. 14, 2022) (Scarsi, J.)). "To the extent Defendant introduces any new arguments in its reply brief that it had the opportunity to but did not raise in its opening brief, the Court does not consider those arguments." *Malko*, 2026 WL 2218133, at *1 (citing *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007)). On the rare occasions that this Court does consider new arguments in a reply brief, it allows the opposing party to file a sur-reply that responds to those arguments. *Spherical Indus., Inc. v. Angulo*, 2026 WL 2140265, at *4 n.4 (C.D. Cal. June 29, 2026) (Scarsi, J.).

For the foregoing reasons, Plaintiffs respectfully request that this Court strike PCC's Section 230 argument in its reply brief because that argument was raised for the first time in reply. PCC offers no reason, nor is there any, why it lacked the opportunity to raise the Section 230 argument in its opening brief. Alternatively, if the Court is inclined to consider PCC's Section 230 argument, this Court should provide Plaintiffs an opportunity to respond to this new argument in the form of a sur-reply. A proposed order is lodged concurrently with this Motion.

DATED: November 19, 2026

Respectfully submitted,

COVINGTON & BURLING LLP

By: <u>*/s/ Daniel N. Shallman*</u>

Daniel N. Shallman (Bar No. 180782)
Paulina Rafizadeh (Bar No. 348706)
Mathew A. Sperling (Bar No. 360266)
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
dshallman@cov.com

THE LOUIS D. BRANDEIS CENTER FOR HUMAN RIGHTS UNDER LAW

By: <u>*/s/ Marci L. Miller*</u>

Marci L. Miller (Bar No. 162790)
Richard Rosen (*Pro Hac Vice*)
Jeffrey I. Lang (*Pro Hac Vice*)
Mollie Galchus (*Pro Hac Vice*)
1776 I Street, NW
Washington, DC 20006
Telephone: + 1 (714) 299-7157
mmiller@brandeiscenter.com