**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WILSHIRE BOULEVARD TEMPLE, et al.,

Plaintiffs

v.

TURTLE ISLAND LIBERATION FRONT LA, et al.,

Defendants.

Case No. 2:26-cv-07560-MCS-AJR

Assigned to the Honorable Mark C. Scarsi – Courtroom 7C

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE OR FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT PEOPLE'S CITY COUNCIL'S MOTION TO DISMSS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Hearing date: January 25, 2027

The Court, having reviewed and considered Plaintiffs' Motion to Strike or for Leave to File Sur-Reply to Defendant People's City Council's Motion to Dismiss Plaintiffs' First Amended Complaint, and any response thereto, **HEREBY ORDERS** as follows:

**[OPTION A]**

Section IV of Defendant People's City Council's reply brief in support of its Motion to Dismiss Plaintiffs' First Amended Complaint, ECF 90, is STRICKEN.

**[OPTION B]**

Plaintiffs are GRANTED leave to file their proposed sur-reply responding to Section IV of Defendant People's City Council's reply brief in support of its Motion to Dismiss Plaintiffs' First Amended Complaint, ECF 90.

**IT IS SO ORDERED.**

Dated: ______________________

____________________________________

HONORABLE MARK C. SCARSI

UNITED STATES DISTRICT JUDGE