UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-07560-MCS-AJR** | Date | November 23, 2026 |
| Title | ***Wilshire Blvd. Temple v. Turtle Island Liberation Front LA*** | | |

Present: The Honorable Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: MOTION TO STRIKE OR FOR LEAVE TO FILE SURREPLY (ECF NO. 91)**

Plaintiffs Wilshire Boulevard Temple and The Louis D. Brandeis Center Coalition to Combat Anti-Semitism, Inc., move for an order striking a section of the reply of Defendant People's City Council in support of its motion to dismiss or, in the alternative, granting Plaintiffs leave to file a surreply responding to the section. (Mot., ECF No. 91.) The Court deems the motion appropriate for decision without oral argument and vacates the hearing set for January 25, 2027.[1] Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. The Court denies the motion for failure to comply with the local rules governing motion practice. C.D. Cal. R. 7-4. Primarily, the motion does not set forth the legal standards governing striking filings or authorizing surreplies, and no conference of counsel preceded the filing of the motion. *Id.* Rs. 7-3, 7-5(a). In the interest of judicial economy, the Court reserves discretion not to consider arguments raised for the first time in People's City Council's reply, and to consider the proposed surreply filed with the instant motion. The Court will take no further briefing on this issue.

**IT IS SO ORDERED.**

[1] Hearings on other motions set for January 25 remain undisturbed.