Thomas B. Harvey (SBN 287198)
**Law Offices of Thomas B. Harvey**
365 E. Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805)768-4440
Email: tbhlegal@proton.me

Ben Gharagozli (SBN 272302)
**Law Offices of Ben Gharagozli**
7655 Winnetka Avenue, #2010
Winnetka, CA 91306
Telephone: (310) 272-9211
Facsimile: (855) 628-5517
Email: ben@lobglaw.com

Attorneys for Defendant, Quyên Ballagh

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Wilshire Boulevard Temple, et al.,<br>*Plaintiffs,*<br>v.<br>Turtle Island Liberation Front LA, et al.,<br>*Defendants.* | Case No. 2:26-cv-07560-MCS-AJR<br>Judge: Hon. Mark C. Scarsi<br>**DECLARATION OF THOMAS B. HARVEY IN SUPPORT REGARDING THE USE OF GENERATIVE ARTIFICIAL INTELLIGENCE**<br>Date: January 25, 2027<br>Time: 9:00 am<br>Location: Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, Los Angeles, CA 90012<br>Courtroom: 7C |

# DECLARATION OF THOMAS B. HARVEY

I, Thomas B. Harvey, declare:

1. My name is Thomas B. Harvey, and my business address is 365 E. Avenida de Los Arboles #226, Thousand Oaks, CA 91360. I am not a party to this lawsuit.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

3. I represent Defendant Quyên Ballagh in this action.

4. I make this declaration pursuant to the item 14 of the INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE MARK C. SCARSI.

5. I was responsible for drafting the Motion to Dismiss on behalf of Ms. Ballagh in this matter. In so doing, I used Generative AI (specifically Claude and Lexis Protegé) in connection with the Motion to Dismiss.

6. I used Claude to review the First Amended Complaint for matters concerning Ms. Ballagh; review the motions, oppositions, and replies filed by codefendants and plaintiffs in this case; search for relevant news and journal articles on relevant topics; and create the table of contents and table of authorities.

7. I used Lexis Protégé for legal research and to verify sources.

8. In the exercise of my independent legal judgment, I have reviewed and verified the content of the anti-SLAPP motion as accurate and in compliance with Federal Rule of Civil Procedure 11.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed this 23rd day of November 2026.

Thomas B. Harvey