UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WILSHIRE BOULEVARD TEMPLE, et al.,

Plaintiffs,

v.

TURTLE ISLAND LIBERATION FRONT LA, et al.,

Defendants.

Case No. 2:26-cv-07560-MCS-AJR
Hon. Mark C. Scarsi

[PROPOSED] ORDER GRANTING DEFENDANT QUYÊN BALLAGH'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

Hearing date and time: 1/25/27 at 9:00 AM

Defendant Quyên Ballagh's Motion to Dismiss Plaintiffs' First Amended Complaint was set for hearing before this court on January 25, 2027 at 9:00 AM. After considering the moving and opposing papers and all other matters before the court, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** Defendant Quyên Ballagh's Motion to Dismiss Plaintiffs' First Amended Complaint is GRANTED, and Plaintiffs' claims in their First Amended Complaint are dismissed with prejudice as to Defendant Quyên Ballagh.

**IT IS SO ORDERED**.

DATED: ____________________________

____________________________
Honorable Mark C. Scarsi
United States District Judge