Thomas B. Harvey (SBN 287198)
**Law Offices of Thomas B. Harvey**
365 E. Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805)768-4440
Email: tbhlegal@proton.me

Ben Gharagozli (SBN 272302)
**Law Offices of Ben Gharagozli**
7655 Winnetka Avenue, #2010
Winnetka, CA 91306
Telephone: (310) 272-9211
Facsimile: (855) 628-5517
Email: ben@lobglaw.com

Attorneys for Defendant, Quyên Ballagh

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Wilshire Boulevard Temple, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>Turtle Island Liberation Front LA, et al.,<br><br>*Defendants.* | Case No. 2:26-cv-07560-MCS-AJR<br><br>**DECLARATION OF BEN GHARAGOZLI REGARDING THE USE OF GENERATIVE ARTIFICIAL INTELLIGENCE**<br><br>Judge: Hon. Mark C. Scarsi<br><br>Date: January 25, 2027<br>Time: 9:00 am<br>Location: Felicitas and Gonzalo Mendez United States Courthouse 350 W 1st Street Los Angeles, CA 90012<br>Courtroom: 7C |

**DECLARATION OF BEN GHARAGOZLI**

I, Ben Gharagozli, declare:

1. My name is Ben Gharagozli, and my business address is 7655 Winnetka Avenue, #2010 Winnetka, CA 91306. I am not a party to this lawsuit.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

3. I represent Defendant Quyên Ballagh in this action.

4. I make this declaration pursuant to the item 15 of the INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE MARK C. SCARSI.

5. I was responsible for drafting the anti-SLAPP motion on behalf of Ms. Ballagh in this matter. In so doing, I used Generative AI (specifically Claude) in connection with the anti-SLAPP motion. Specifically, I used Generative AI in connection with the preparation of the anti-SLAPP motion in the same manner as attorneys have historically and traditionally used the services of contract paralegals.

6. The table of contents and table of authorities have been produced by Generative AI output. No other portion of the substance of the anti-SLAPP motion was produced by Generative AI outputs.

7. I certify that in the exercise of my independent legal judgment, I have reviewed and verified the content of the anti-SLAPP motion as accurate and in compliance with Federal Rule of Civil Procedure 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of November 2026.

/s/Ben Gharagozli____________________

Ben Gharagozli