NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Thomas B. Harvey (SBN 287198)
tbhlegal@proton.me
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440

ATTORNEY(S) FOR: Quyen Ballagh

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILSHIRE BOULEVARD TEMPLE, et al.,<br>Plaintiff(s),<br>v.<br>TURTLE ISLAND LIBERATION FRONT LA, et al.,<br>Defendant(s) | CASE NUMBER:<br>2:26-cv-07560-MCS-AJR<br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Quyen Ballagh or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Quyen Ballagh | Defendant |

11-24-26
Date

[signature]
Signature

Attorney of record for (or name of party appearing in pro per):

Quyen Ballagh